
**DENNIS M. COHEN**                                                                                  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

January 29, 2021

NORRIS McLAUGHLIN, P.A.
400 Crossing Boulevard
8th Floor
Bridgewater, New Jersey 08807
Attn: Nicholas A. Duston, Esq.

**Re: Hyundai Capital America, Inc. v. County of Suffolk, et al.
Docket No. 20-CV-04809 (SJF)(SIL)**

Dear Counsel:

Enclosed please find documents in connection with the defendants' Notice of Motion with Declaration and Memorandum of Law in Support of Motion to Dismiss, pursuant to F.C.R.P. Rule 12(b)(6).

Very truly yours,

DENNIS M. COHEN
County Attorney

*Drew W. Schirmer*
By: Drew W. Schirmer
    Assistant County Attorney

DWS/

Encls.

**LOCATION**                                    **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**               **P.O. BOX 6100**                                    **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**   ♦   **HAUPPAUGE, NY 11788-0099**   ♦   **TELECOPIER (631) 853-5169**