
| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

March 4, 2021

**VIA ECF**
Hon. Joanna Seybert, Chambers
United States District Court Judge
U.S.D.C.-Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:  Hyundai Capital America, Inc. v. The County of Suffolk**
**Docket No. 20-CV-04809 (JS)(SIL)**

**Nissan Motor Acceptance Corporation v. The County of Suffolk**
**Docket No. 20-CV-04815 (JS)(ST)**

Dear Honorable Madam:

Pursuant to Your Honor's directive during yesterday's conference call with respect to the above-referenced matters, please be advised that the undersigned respectfully requests that these matters be consolidated for all purposes, as they present identical legal issues and are factually analogous.  Kindly note that this application is being made with the knowledge and consent of plaintiff's counsel in both cases.

Thank you for Your Honor's consideration herein.

Very truly yours,

DENNIS M. COHEN
County Attorney

*Drew W. Schirmer*

Drew W. Schirmer
Assistant County Attorney

cc:    Nicholas A. Duston, Esq. **VIA ECF**